**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **IN RE:** | |
| **VICTORIA A. CAMPBELL** | **Case No. 26-21665-NVA**<br>**Chapter 11, Subchapter V** |
| **Debtor** | |

## RESPONSE SHOW CAUSE

**NOW COMES,** Victoria A. Campbell, Debtor and Debtor-in-Possession, by and through undersigned counsel, responds to the Order to Show Cause As To Dismissal, Docket No. 26, entered November 10, 2026 (the "Show Cause Order"), and respectfully states as follows:

1. Despite repeated efforts, the Debtor failed to assist Counsel and his staff in completing the documents necessary for filing in this case.

**WHEREFORE,** the Debtor respectfully requests that the Court enter an order dissolving the Show Cause Order, Docket No. 26, and for further relief as is just and proper.

Date: November 23, 2026

Respectfully Submitted,

*<u>/s/ Daniel A. Staeven</u>*

Daniel A. Staeven
FROST LAW
839 Bestgate Rd. Ste. 400
Annapolis MD 21401
daniel.staeven@askfrost.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 23, 2026, I mailed or caused to be e-mailed to the CM/ECF list below the LINE filed in this case:

Randa Azzam logsecf@logs.com

Hugh M. (UST) Bernstein hugh.m.bernstein@usdoj.gov

STEVEN EISENBERG SEISENBERG@STERNEISENBERG.COM,
BKECF@sterneisenberg.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

Angela L. Shortall ashortall@3cubed-as.com,
md70@ecfcbis.com

Daniel Alan Staeven daniel.staeven@frosttaxlaw.com,
daniel.staeven@frosttaxlaw.com,
amy.mckay@frosttaxlaw.com,
UStern@jubileebk.net,
angelica.rutherford@frosttaxlaw.com

US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV

Jacob Christian Zweig jzweig@evanspetree.com,
crecord@evanspetree.com

*/s/ Daniel Alan Staeven*
Daniel Alan Staeven